1  Douglas R. Peterson (SBN 215949)                    JS-6
   dpeterson@steptoe.com
2  STEPTOE & JOHNSON LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067-5052
4  Telephone:  (310) 734-3200
   Facsimile:  (310) 734-3300
5
6  Thomas G. Pasternak (*admitted pro hac vice*)
   tpasternak@steptoe.com
7  STEPTOE & JOHNSON LLP
   115 South La Salle Street, Suite 3100
8  Chicago, IL  60603
   Telephone:  (312) 577-1300
9  Facsimile:  (312) 577-1370

10
11 John Caracappa (*admitted pro hac vice*)
   jcaracappa@steptoe.com
   STEPTOE & JOHNSON LLP
12 1330 Connecticut Avenue, NW
   Washington, DC  20036
13 Telephone:  (202) 429-3000
14 Facsimile:  (202) 429-3902

15 Attorneys for Plaintiff, American Radio LLC

16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN RADIO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>QUALCOMM INCORPORATED,<br><br>        Defendant. | Case No. CV12-05908 MRP (Ex)*<br>Case No. CV12-05909 MRP (Ex)<br>Case No. CV12-05910 MRP (Ex)<br>Case No. CV12-01123 MRP (Ex)<br><br>**ORDER** |

| | |
|---|---|
| AMERICAN RADIO LLC, | |
|       Plaintiff, | |
|   vs. | |
| CISCO SYSTEMS INC., | |
|       Defendant. | |
| AMERICAN RADIO LLC, | |
|       Plaintiff, | |
|   vs. | |
| INTEL CORPORATION, | |
|       Defendant. | |
| AMERICAN RADIO LLC, | |
|       Plaintiff, | |
|   vs. | |
| BROADCOM CORPORATION, | |
|       Defendant. | |

**[PROPOSED] FINAL JUDGMENT OF NON-INFRINGEMENT**

Pursuant to and for the reasons set forth in the parties' Joint Stipulation For Entry Of Final Judgment And Order,

IT IS ORDERED AND ADJUDGED:

That this Final Judgment of Non-Infringement of U.S. Patent Nos. 8,045,942 (the "'942 Patent"), 7,831,233 (the "'233 Patent"), 8,170,519 (the "'519 Patent"), 5,864,754 (the "'754 Patent"), and 8,280,334 (the "'334 Patent) is entered against Plaintiff American Radio LLC ("American Radio") and for Defendant Qualcomm Incorporated ("Qualcomm") on Plaintiff's claims for patent infringement;

That this Final Judgment of Non-Infringement of the '942 Patent, '233 Patent, and '519 Patent is entered against Plaintiff American Radio and for Defendant Cisco Systems, Inc. ("Cisco") on Plaintiff's claims for patent infringement;

That this Final Judgment of Non-Infringement of the '942 Patent, '233 Patent, '519 Patent, and '754 Patent is entered against Plaintiff American Radio and for Defendant Intel Corporation ("Intel") on Plaintiff's claims for patent infringement;

That this Final Judgment of Non-Infringement of the '942 Patent, '233 Patent, and '519 Patent is entered against Plaintiff American Radio and for Defendant Broadcom Corporation ("Broadcom") on Plaintiff's claims for patent infringement;

That all other claims, counterclaims, defenses, or other matters which have been asserted—and have not been previously dismissed—are dismissed without prejudice;

1  Plaintiff agrees to bear its own fees and costs, including attorneys' fees; and
2  Defendants agree to bear their own fees and costs, including attorneys' fees.

DATED: August 29, 2013

_____
The Honorable Mariana R. Pfaelzer
United States District Judge